**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FARRAH GILOT,**

  *Plaintiff,*

v.                                                    **Case No. 5:26-CV-00473-JKP**

**CVS,**

  *Defendant.*

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation. *ECF No. 12*. Magistrate Judge Chestney recommends the Court dismiss this action for failure to prosecute and for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b). *Id.* The record reflects *pro se* Plaintiff Farrah Gilot ("Gilot") received a copy of the Report and Recommendation on April 15, 2026, via certified mail. *ECF No. 15*. Gilot filed no objections. Upon consideration, the Court **ACCEPTS AND ADOPTS** the Report and Recommendation. As recommended, the Court **DISMISSES** this action.

**BACKGROUND**

Gilot filed this case on January 1, 2026, in the Eastern District of New York, by filing a Motion to Proceed IFP and a Proposed Complaint. *ECF Nos. 1, 2*. The New York court transferred the case to the San Antonio Division of the Western District of Texas. *ECF No. 5*. Magis-

trate Judge Chestney granted Gilot's Motion to Proceed IFP but ordered Gilot to file a More Definite Statement to assist the Court in evaluating her Complaint under the standards set forth in 28 U.S.C. § 1915(e). *ECF No. 10*. Gilot's More Definite Statement was due March 23, 2026. *Id*. To date, Gilot has not filed any supplemental pleading or the ordered More Definite Statement.

A district court may dismiss an action for failure to prosecute or to comply with any order of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (per curiam); Fed. R. Civ. P. 41(b). Magistrate Judge Chestney warned Gilot that a failure to file a More Definite Statement could result in the dismissal of this case for failure to prosecute or comply with a Court order. *ECF No. 10*. In light of Gilot's failure to file the ordered More Definite Statement, Magistrate Judge Chestney recommends dismissal of this case for want of prosecution and failure to follow a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *ECF No. 12*.

### STANDARD OF REVIEW

Any party who seeks review of all or a portion of a Magistrate Judge's Report and Recommendation must serve and file specific written objections within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). If a party does not timely object to all or a portion of a Magistrate Judge's Report and Recommendation, the District Court will review the unobjected-to proposed findings and recommendations to determine whether they are clearly erroneous or contrary to law. *Johnson v. Sw. Research Inst.*, 210 F. Supp.3d 863, 864 (W.D. Tex. 2016) (citing *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.)(per curiam), *cert. denied*, 492 U.S. 918 (1989).[1]

---

[1] While Federal Rule 72(b) does not facially require any review in the absence of a specific objection, the advisory committee notes following its adoption in 1983 state: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Further, failure to object shall also bar appellate review of those portions of the Magistrate Judge's Report and Recommendation that

**DISCUSSION**

Consistent with 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the Court reviewed the subject Report and Recommendation for clear error on the face of the record. The Court finds no such error and notes Gilot filed no objections to the Report and Recommendation.

**CONCLUSION**

Accordingly, the Court **ACCEPTS** Magistrate Judge Elizabeth S. Chestney's findings and recommendation and **ADOPTS** the Report and Recommendation. *ECF No. 12*. As recommended, the Court **DISMISSES** this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and for failure to comply with court orders.

The Clerk of Court is **DIRECTED** to close this case.

It is so ORDERED.
SIGNED this 7th day of May, 2026.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE

---

were ultimately accepted by the district court, unless the party demonstrates plain error. *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *United States v. Wilson*, 864 F.2d at 1221.